IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL ST. CLAIR**                                                                                   **PLAINTIFF**

**v.**                                       **Case No. 1:16-cv-00170-KGB**

**ARKANSAS DEPARTMENT OF
CORRECTION,** *et al.*                                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is considered, ordered, and adjudged that this case be hereby dismissed without prejudice.

Dated this the 4th day of May, 2017.

_____
Kristine G. Baker
United States District Judge